25-cr-451 KMM
TPJ In Docs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED
May 31, 2023
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § v. CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ | CRIMINAL NO. **L-23-CR- 657** **MGM** |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **May 3, 2023**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ,**

did knowingly conspire and agree with other persons known and unknown to the grand jurors, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

### COUNT TWO

On or about **May 3, 2023**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ,**

knowingly and in reckless disregard of the fact that **"Z"** was an alien who had not received prior official authorization to come to, enter, and reside in the United States, did bring and attempt to

bring to the United States, such alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Gerard Cantu
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET NO. L-23-CR- 657

**LAREDO DIVISION**

FILE: 23-03031  MAG#: 23-00910
<u>INDICTMENT</u>  Filed: <u>May 31, 2023</u>

Judge **MGM**

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

<u>ALAMDAR S. HAMDANI, USA</u>
<u>GERARD CANTU, AUSA</u>

**CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ**

**CHARGES:**

Count 1:  Conspiracy to transport an undocumented alien within the United States
[8 USC 1324 (a)(1)(A)(ii) and (v)(I)]

Count 2:  Bring or attempt to bring an undocumented alien into the United States
[8 USC 1324(a)(2)(B)(ii) and 18 USC 2]

**TOTAL COUNTS: 2**

**PENALTY:**

Counts 1:  0 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release.

Count 2:  3 to 10 years and/or $250,000 Fine, $100 special assessment, $5,000 special assessment, not more than a three (3)-year term of supervised release.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
Holding Session in Laredo

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ | CASE NUMBER: 5:23CR00657-001 |
| | USM NUMBER: 57675-510 |
| | Raul Guerra, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 on July 6, 2023.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 8 U.S.C. § 1324 | Conspiracy to transport an undocumented alien within the United States. | 05/03/2023 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) remaining _____ is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 1, 2023
Date of Imposition of Judgment

*/s/ Lee H. Rosenthal*
Signature of Judge

**LEE H. ROSENTHAL**
**U.S. DISTRICT JUDGE**
Name and Title of Judge

November 6, 2023
Date

Case 5:23-cr-00657-XR Document 39 Filed 11/06/23 Page 2 of 5
AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment — Page 2 of 5

DEFENDANT: CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ
CASE NUMBER: 5:23CR00657-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: time served.

The defendant was advised of the right to appeal the sentence and reminded that she waived the right to appeal.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at_____ on_____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on_____
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | |
|---|---|
| DEFENDANT: | **CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ** |
| CASE NUMBER: | **5:23CR00657-001** |

Judgment — Page **3** of **5**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: <u>3 years.</u>

## MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

DEFENDANT: **CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ**
CASE NUMBER: **5:23CR00657-001**

# SPECIAL CONDITIONS OF SUPERVISION

Mental Health Evaluation

You must participate in a mental-health evaluation to determine the existence of a pre-existing mental health condition. The probation officer, in consultation with the treatment provider, will supervise your participation in the assessment, including the provider, location, modality, duration, and intensity.

Mental Health Treatment

You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the cost of the program, if financially able. You must participate in up to three (3) counseling sessions per month.

Case 5:23-cr-00657-JKP Document 39 Filed 11/06/25 Page 8 of 17
Case 5:23-cr-00657-JKP Document 31 Filed 10/03/25 Page 5 of 5

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page 5 of 5

DEFENDANT: CLAUDIA ANGELICA MELENDEZ-RODRIGUEZ
CASE NUMBER: 5:23CR00657-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Based upon a finding of indigency, the Court waives the $5,000 additional special assessment required under the Justice for Victims of Trafficking Act of 2015, pursuant to 18 U.S.C. § 3014.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until_____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[3] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | $ | $ | |

☐ See Additional Restitution Payees.

| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement $_____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　☐ the interest requirement is waived for the ☐ fine ☐ restitution.

　☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☒ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

---

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:23−cr−00657−1

Case title: USA v. Melendez−Rodriguez

Magistrate judge case number: 5:23−mj−00910

Date Filed: 05/31/2023

Date Terminated: 11/01/2023

---

Assigned to: Judge Marina Garcia Marmolejo

### Defendant (1)

**Claudia Angelica Melendez−Rodriguez**
*BOND (05/25/23)*
*TERMINATED: 11/01/2023*

represented by **Jose Salvador Tellez**
State Bar Information
7019 W. VILLAGE BLVD. STE. 205
P.O. Box 6658
Laredo, TX 78042−6658
956−722−0008
Fax: 956−725−2823
Email: jstellez54@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Federal Public Defender − Laredo**
1202 Houston St
Laredo, TX 78040
956−753−5313
Email: lar_ecf@fd.org
*TERMINATED: 12/31/2024*
*Designation: Public Defender or Community Defender Appointment*

**Raul Guerra**
Federal Public Defender, Southern District of Texas
1202 Houston St
Laredo, TX 78040−8014
956−753−5313
Email: Raul_Guerra@fd.org
*TERMINATED: 11/06/2024*
*Designation: Public Defender or Community Defender Appointment*

**Raul Agustin Martinez , Jr**
Office of the Federal Public Defender
1202 Houston Street
Laredo, TX 78040
956−753−5313
Fax: 956−753−5317
Email: raul_martinez@fd.org
*TERMINATED: 05/10/2023*
*Designation: Public Defender or Community Defender Appointment*

**Ricardo Xavier Guerra**

Federal Public Defender
1202 Houston Street
Laredo, TX 78040-8018
956-753-5313
Email: ricardo_guerra@fd.org
*TERMINATED: 12/31/2024*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| Conspiracy to transport undocumented aliens w/in the United States. PENALTY: Not more than 10 yrs and/or $250,000; $100 CVF; $5000 CVF; Not more than 3 yrs SRT.<br>(1) | Time served, 3 yrs. SRT, comply with all applicable Standard and Mandatory conditions of Supervision, read on the record; $100 s/a remitted; the Court finds deft indigent, and will not impose the $5,000 s/a; waived appeal, no fine, waived, Mental health evaluation, mental health treatment; up to 3 counseling sessions per month; waived appeal, notified of 14 day ddl. |
| Bring or attempt to bring an undocumented alien into the United States. PENALTY: Not more than 10 yrs and/or $250,000; $100 CVF; $5000 CVF; Not more than 3 yrs SRT.<br>(2) | Dismissed on Govt's motion |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F ----BRINGING IN AND HARBORING ALIENS | |

---

**Material Witness**

Z
*TERMINATED: 11/01/2023*

---

**Plaintiff**

**USA**    represented by    **Andrew Patrick Hakala-Finch**
U.S. Department of Justice
11204 McPherson Rd.
Suite 100A
Laredo, TX 78045
956-354-5420
Email: andrew.hakala-finch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gerard Anthony Cantu**
U.S. Attorneys Office, SDTX
11204 McPherson Road., Suite 100A
Laredo, TX 78045
956-723-6523
Email: gerard.cantu@usdoj.gov
*TERMINATED: 07/24/2023*
*Designation: Retained*

**Jose Angel Moreno**
Office of U S Attorney
11204 McPherson Road
Suite 100A
Laredo, TX 78045-6576
956-723-6523
Email: angel.moreno@usdoj.gov
*TERMINATED: 01/07/2025*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2023 | 1 | Proposed COMPLAINT as to Claudia Angelica Melendez-Rodriguez (1), filed (Webb). Initial Appearance set for 5/5/2023 at 09:33 AM before Magistrate Judge Christopher dos Santos (VeronicaMadrigal, 5) [5:23-mj-00910] (Entered: 05/04/2023) |
| 05/04/2023 | 2 | Statement in Support of Probable Cause by USA as to Claudia Angelica Melendez-Rodriguez, filed.(VeronicaMadrigal, 5) [5:23-mj-00910] (Entered: 05/04/2023) |
| 05/04/2023 | 3 | FINDING OF PROBABLE CAUSE ON STATEMENT on May 4, 2023 at 04:08 PM as to Claudia Angelica Melendez-Rodriguez. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (VeronicaMadrigal, 5) [5:23-mj-00910] (Entered: 05/04/2023) |
| 05/05/2023 | 4 | COMPLAINT accepted by Magistrate Judge Christopher dos Santos as to Claudia Angelica Melendez-Rodriguez, filed. Agent: Jose C. Luna (CindyMiranda, 5) [5:23-mj-00910] (Entered: 05/05/2023) |
| 05/05/2023 |   | Attorney update in case as to Claudia Angelica Melendez-Rodriguez. Attorney Federal Public Defender - Laredo for Claudia Angelica Melendez-Rodriguez added. (CindyMiranda, 5) [5:23-mj-00910] (Entered: 05/05/2023) |
| 05/05/2023 |   | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos. INITIAL APPEARANCE on Complaint as to Claudia Angelica Melendez-Rodriguez held on 5/5/2023. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. No bond set. Court issued oral order regarding prosecutorial obligations under Rule 5(f) and Rule 12.4. Defendant sworn in. FPD appeared in person. Defendant orally waived Prelim but requets to proceed with Detention hearing. Appearances: Christine Alyson Cortez AUSA; FPD Raul A. Martinez (on duty); USPO: Ana Rodriguez / Julio Camarillo; USM: Deputy Roman / Gonzalez. (Opened/Adjourned: 9:37 AM - 9:49 AM) (ERO: |

| | | |
|---|---|---|
| | | Elliot Gallegos) (Interpreter: Raul Gonzalez, used) Defendant remanded to custody. Preliminary Examination & Detention Hearing set for 5/10/2023 at 10:00 AM before Magistrate Judge Christopher dos Santos. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | 5 | Sealed Financial Affidavit CJA 23 by Claudia Angelica Melendez−Rodriguez, filed. (VeronicaMadrigal, 5). [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | 7 | BRADY AND FINANCIAL DISCLOSURE ORDER on Rule 5(f) and Rule 12.4 as to Claudia Angelica Melendez−Rodriguez. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | 8 | NOTICE OF SETTING as to Claudia Angelica Melendez−Rodriguez. Preliminary Examination Hearing set for 5/10/2023 at 10:00 AM before Magistrate Judge Christopher dos Santos. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | 9 | Order of Temporary Detention Pending Hearing as to Claudia Angelica Melendez−Rodriguez. Detention Hearing set for 5/10/2023 at 10:00 AM before Magistrate Judge Christopher dos Santos. (Signed by Magistrate Judge Christopher dos Santos) Parties notified. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | | **Terminate Prelim Deadlines and Hearings as to Claudia Angelica Melendez−Rodriguez: Defendant orally waived Prelim at Initial Appearance. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | | NOTICE OF ATTORNEY APPEARANCE Raul Agustin Martinez, Jr, Federal Public Defender, in case as to Claudia Angelica Melendez−Rodriguez, filed.(Martinez, Raul) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/05/2023 | | US ATTORNEY'S NOTICE OF APPEARANCE. Gerard Anthony Cantu appearing for USA, filed.(Cantu, Gerard) [5:23−mj−00910] (Entered: 05/05/2023) |
| 05/09/2023 | 10 | Pretrial Services Report (Sealed) as to Claudia Angelica Melendez−Rodriguez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to SAVE the document locally at the time of viewing, filed. (hcortez, 5) [5:23−mj−00910] (Entered: 05/09/2023) |
| 05/10/2023 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: DETENTION HEARING as to Claudia Angelica Melendez−Rodriguez held on 5/10/2023. Defendant consented to proceeding by video conference. Defendant sworn in, waived the right to be present, and consented to Video Conference. Government is no longer requesting detention and is in agreement with Probation's recommendation for bond. Defense concurs. The Court will order a bond with conditions; Order to be issued. Appearances: Christine Alyson Cortez, AUSA; Raul A. Martinez f/Defendant; USPO: Terry Salazar; USM: Deputy Sheppard. (In Court Time: 9:58−10:00) (ERO: Emmanuel Garcia) (Interpreter: Zeph Pease/used) Deft remanded to custody. (CindyMiranda, 5) [5:23−mj−00910] (Entered: 05/10/2023) |
| 05/10/2023 | 11 | ORDER as to Claudia Angelica Melendez−Rodriguez The Court, having considered the Probation Report and the Government no longer seeking detention, is of the opinion and hereby orders that the defendants bond be set at $75,000.00 unsecured bond with one co−surety, along with the additional bond conditions as set out by Probation Services. ( Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mxperez, 5) [5:23−mj−00910] (Entered: 05/10/2023) |
| 05/10/2023 | 12 | Notice of Substitution for FPD by Claudia Angelica Melendez−Rodriguez as to Claudia Angelica Melendez−Rodriguez. Attorney Raul Guerra added. Attorney Raul Agustin Martinez, Jr terminated, filed.(Guerra, Raul) [5:23−mj−00910] (Entered: 05/10/2023) |
| 05/25/2023 | 13 | Appearance Bond Bond Entered as to Claudia Angelica Melendez−Rodriguez in amount of $ $75,000 bond with one Co−Surety, Surety Company: Carmen Diaz, filed. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Unredacted Appearance Bond)(VeronicaMadrigal, 5) [5:23−mj−00910] (Entered: 05/25/2023) |
| 05/31/2023 | 14 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Claudia Angelica Melendez−Rodriguez (1) count(s) 1, 2, filed. (Attachments: # 1 Unredacted attachment) (RaulGamas, 5) (Entered: 06/01/2023) |
| 06/01/2023 | 15 | SCHEDULING ORDER as to Claudia Angelica Melendez−Rodriguez. Arraignment set for 6/6/2023 at 10:15 AM in by video before Magistrate Judge Christopher dos Santos Dispositive Motion Filing due by 6/20/2023. Notification of Intent to Proceed to Trial due by 6/29/2023. Final Pretrial Conference set for 7/6/2023 at 08:30 AM in Courtroom 2C before Magistrate Judge John A Kazen Notification Regarding Material Witnesses due by 6/20/2023 ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (RaulGamas, 5) (Entered: 06/01/2023) |
| 06/05/2023 | 16 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty (The Arraignment is canceled pending review of the waiver by the Court.), filed.(Guerra, Raul) (Entered: 06/05/2023) |
| 06/05/2023 | 17 | ORDER granting 16 Waiver of Presence at Arraignment as to Claudia Angelica Melendez−Rodriguez (1).(Signed by Magistrate Judge Christopher dos Santos.) Parties notified.(CindyMiranda, 5) (Entered: 06/05/2023) |
| 06/08/2023 | 18 | NOTICE of Resetting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Applicable defendant(s) required to be present at the hearing. Final Pretrial Conference reset for 7/6/2023 at 09:30 AM in Courtroom 2C before Magistrate Judge John A Kazen, filed. (JessicaGRodriguez, 5) (Entered: 06/08/2023) |
| 06/29/2023 | 19 | PLEA AGREEMENT as to Claudia Angelica Melendez−Rodriguez, filed. (Guerra, Raul) (Entered: 06/29/2023) |
| 06/29/2023 | 20 | FACTUAL STATEMENT in support of Plea Agreement as to Claudia Angelica Melendez−Rodriguez, filed. (Guerra, Raul) (Entered: 06/29/2023) |
| 07/06/2023 | 21 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Claudia Angelica Melendez−Rodriguez, filed. (JessicaGRodriguez, 5) (Entered: 07/06/2023) |
| 07/06/2023 | | RE−ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge John A Kazen on 7/6/2023 as to Claudia Angelica Melendez−Rodriguez : Defendant pled Guilty to Count 1 of the Indictment. Written plea agreement/written factual basis filed. Defense would like for the factual basis to serve as Defendant's Acceptance of Responsibility. Defendant appeared in person and sworn in. Defendant consents to proceed before Magistrate Judge. Court covers all Rule 11 admonishments, including but not limited to an explanation of the charges, applicable penalties, rights, and all waivers. The Court verifies counsel reviewed the Written Plea Agreement (WPA) with the Defendant and further verifies Defendants request for the Court to adopt the WPA. Factual basis will serve as AOR for PSR purposes. Deft acknowledges no threats or coercion and understanding of appellate waivers to include right to appeal the conviction, sentence, and right to collateral attacks. Only maintains right to raise ineffective assistance of counsel claim. Standing Order on Procedures for sentencing to follow. Parties have no objection to RR. Appeal Waived: Yes. PSI due by: 8/10/2023. Counsel present for PSI Interview? Yes. Appearances: AUSA Gerardo Anthony Cantu f/USA; AFPD Raul Guerra f/Defendant. Deft continued on Bond. (USPO: Eirazema Salazar) (ERO: Terry Lozano) (Interpreter: Suzanne Buckley/Marco Hanson (utilized)) (Time in Court 9:53 − 10:46 a.m.) (JessicaGRodriguez, 5) (Entered: 07/06/2023) |
| 07/06/2023 | | **Terminate Deadlines and Hearings as to Claudia Angelica Melendez−Rodriguez: (JessicaGRodriguez, 5) (Entered: 07/06/2023) |
| 07/06/2023 | 22 | STANDING ORDER ON PROCEDURES FOR SENTENCING BEFORE U.S. DISTRICT JUDGE GARCIA MARMOLEJO as to Claudia Angelica Melendez−Rodriguez. PSI Completion due by 8/10/2023. Sentencing set for 10/18/2023 at 10:00 AM in Courtroom 3B before Judge Marina Garcia Marmolejo. (Signed by Judge Marina Garcia Marmolejo) Parties notified. (JessicaGRodriguez, 5) |

| | | |
|---|---|---|
| | | (Entered: 07/06/2023) |
| 07/06/2023 | 23 | REPORT AND RECOMMENDATION − Guilty Plea as to Claudia Angelica Melendez−Rodriguez. ( Signed by Magistrate Judge John A Kazen) Parties notified. (JessicaGRodriguez, 5) (Entered: 07/06/2023) |
| 07/06/2023 | 24 | ORDER ADOPTING REPORT AND RECOMMENDATION − Guilty Plea as to Claudia Angelica Melendez−Rodriguez re: 23 Report and Recommendation ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (SylviaCGonzalez, 5) (Entered: 07/06/2023) |
| 07/24/2023 | 25 | Notice of Substitution by USA as to defendant Claudia Angelica Melendez−Rodriguez. Attorney Jose Angel Moreno added. Attorney Gerard Anthony Cantu terminated, filed.(Moreno, Jose) (Entered: 07/24/2023) |
| 08/09/2023 | 26 | Attorney Only Document (Sealed) as to Claudia Angelica Melendez−Rodriguez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (AshleyCisneros, 5) (Entered: 08/09/2023) |
| 08/16/2023 | 27 | Statement of No Objections to PSR (Sealed) by USA as to Claudia Angelica Melendez−Rodriguez, filed. (Entered: 08/16/2023) |
| 08/29/2023 | 28 | Statement of No Objections to PSR (Sealed) by Claudia Angelica Melendez−Rodriguez, filed. (Entered: 08/29/2023) |
| 09/05/2023 | 29 | Final Presentence Investigation Report (Sealed) as to Claudia Angelica Melendez−Rodriguez, filed. (AshleyCisneros, 5) (Entered: 09/05/2023) |
| 09/05/2023 | 30 | Sealed Addendum to 29 Final Presentence Investigation Report (Sealed) as to Claudia Angelica Melendez−Rodriguez, filed. (AshleyCisneros, 5) (Entered: 09/05/2023) |
| 09/05/2023 | 31 | Confidential Sentencing Recommendation(Sealed) regarding Claudia Angelica Melendez−Rodriguez, filed. (AshleyCisneros, 5) (Entered: 09/05/2023) |
| 09/21/2023 | | **Terminate Sentence Hearing as to Claudia Angelica Melendez−Rodriguez: New Notice of setting to be issued (GabySalinas, 5) (Entered: 09/21/2023) |
| 10/03/2023 | | Case as to Claudia Angelica Melendez−Rodriguez Reassigned to Judge Lee H Rosenthal. Judge Marina Garcia Marmolejo no longer assigned to the case. (VeronicaCaballero, 5) (Entered: 10/03/2023) |
| 10/03/2023 | 32 | NOTICE OF SETTING as to Claudia Angelica Melendez−Rodriguez. Sentencing set for 11/1/2023 at 02:15 PM in Courtroom 2A before Judge Lee H Rosenthal, filed. (VeronicaCaballero, 5) (Entered: 10/03/2023) |
| 10/20/2023 | 33 | Revised Presentence Investigation Report (Sealed) as to Claudia Angelica Melendez−Rodriguez, filed. (AngelicaRamirez, 5) (Entered: 10/20/2023) |
| 10/20/2023 | 34 | Supplemental Sealed Addendum to 33 Final Presentence Investigation Report (Sealed) as to Claudia Angelica Melendez−Rodriguez, filed. (AngelicaRamirez, 5) (Entered: 10/20/2023) |
| 10/20/2023 | 35 | Revised Confidential Sentencing Recommendation(Sealed) regarding Claudia Angelica Melendez−Rodriguez, filed. (AngelicaRamirez, 5) (Entered: 10/20/2023) |
| 11/01/2023 | | Minute Entry for proceedings held before Judge Lee H Rosenthal: Sentencing held on 11/1/2023 for Claudia Angelica Melendez−Rodriguez (1), Count(s) 1, Defendant given allocution; PSR adopted, correctly scored; the Court has considered all the 3553(a) factors. Sentenced to Time served, 3 yrs. SRT, comply with all applicable Standard and Mandatory conditions of Supervision, read on the record; $100 s/a remitted; the Court finds deft indigent, and will not impose the $5,000 s/a; waived appeal, no fine, waived, Mental health evaluation, mental health treatment; up to 3 counseling sessions per month; waived appeal, notified of 14−day ddl. USPO Ruben Ruiz to contact USPO in Minneapolis to advise defendant will report as ordered. Appearances:AUSA Homero Ramirez, f/govt., Raul Guerra, f/dft., Ruben Ruiz, USPO, Carlos Velazquez, DUSM.(ERO:Mayra Ramirez [2:06−2:14 p.m.]) (Interpreter:Millie Macossay/Juanita Zambrano, used) Deft continued on bond, filed. (GabySalinas, 5) |

| | | |
|---|---|---|
| | | Modified on 11/3/2023 (GabySalinas, 5). (Entered: 11/01/2023) |
| 11/01/2023 | 36 | MOTION to Dismiss Count(s) by USA as to Claudia Angelica Melendez−Rodriguez, filed. (Attachments: # 1 Proposed Order)(Moreno, Jose) (Entered: 11/01/2023) |
| 11/01/2023 | 37 | NOTICE OF NON−APPEAL by Claudia Angelica Melendez−Rodriguez,filed.(VeronicaMadrigal, 5) (Entered: 11/02/2023) |
| 11/02/2023 | 38 | ORDER granting 36 Motion to Dismiss Counts Claudia Angelica Melendez−Rodriguez (1) Count 2 Dismissed as to Claudia Angelica Melendez−Rodriguez (1).(Signed by Judge Lee H Rosenthal.) Parties notified.(ElliotGallegos, 5) (Entered: 11/02/2023) |
| 11/02/2023 | | DISMISSAL OF COUNTS on Government Motion as to Claudia Angelica Melendez−Rodriguez. Claudia Angelica Melendez−Rodriguez (1) Count 2 (ElliotGallegos, 5) (Entered: 11/02/2023) |
| 11/06/2023 | 39 | JUDGMENT as to Claudia Angelica Melendez−Rodriguez ( Signed by Judge Lee H Rosenthal) Parties notified. (MayraRamirez, 5) (Entered: 11/06/2023) |
| 11/06/2023 | 40 | Statement of Reasons (Sealed) as to Claudia Angelica Melendez−Rodriguez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney−information − Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 11/06/2023) |
| 09/20/2024 | | Case as to Claudia Angelica Melendez−Rodriguez Reassigned to Judge Marina Garcia Marmolejo. Judge Lee H Rosenthal no longer assigned to the case. (att5) (Entered: 09/20/2024) |
| 10/24/2024 | 45 | Supervised Release Violation Warrant issued 10/3/2024; Returned Executed on 10/24/2024 as to Claudia Angelica Melendez−Rodriguez. Defendant was arrested in Minneapolis MN. Document restricted from PACER under privacy policy., filed. (bm5) (Entered: 10/24/2024) |
| 10/31/2024 | 46 | Rule 5(c)(3) Documents Received from District of Minnesota as to Claudia Angelica Melendez−Rodriguez., filed. (akp5) (Entered: 10/31/2024) |
| 11/05/2024 | 47 | NOTICE of Setting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Initial Appearance on Revocation Proceedings set for 11/5/2024 at 09:41 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (fv5) (Entered: 11/05/2024) |
| 11/05/2024 | | Attorney update in case as to Claudia Angelica Melendez−Rodriguez. Attorney Federal Public Defender − Laredo for Claudia Angelica Melendez−Rodriguez added. (fv5) (Entered: 11/05/2024) |
| 11/05/2024 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga. INITIAL APPEARANCE on Warrant on Arrest re Violation of Supervised Release as to Claudia Angelica Melendez−Rodriguez held on 11/5/2024. Defendant advised of charge(s) and rights. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing Federal Public Defender. Court issued oral order regarding prosecutorial obligations under Rule 5(f) and Rule 12.4. Waiver of Preliminary Hearing filed. Appearances: Tae Chon AUSA; FPD David Castillo (on duty); USPTO: Monica Trevino; USM: Deputy Vasquez. (Opened/Adjourned: 9:52 AM − 10:44 AM) (ERO: Emmanuel Garcia) (Interpreter: Suzanne Buckley, used) Defendant remanded to custody. Preliminary Hearing − Superv Rls set for 11/12/2024 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. (fv5) (Entered: 11/05/2024) |
| 11/05/2024 | 48 | Sealed Financial Affidavit CJA 23 by Claudia Angelica Melendez−Rodriguez, filed. (mtl5). (Entered: 11/05/2024) |
| 11/05/2024 | 49 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (fv5) (Entered: 11/05/2024) |

| | | |
|---|---|---|
| 11/05/2024 | 50 | BRADY AND FINANCIAL DISCLOSURE ORDER on Rule 5(f) and Rule 12.4 as to Claudia Angelica Melendez−Rodriguez. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (fv5) (Entered: 11/05/2024) |
| 11/05/2024 | 51 | NOTICE OF SETTING as to Claudia Angelica Melendez−Rodriguez. Preliminary Hearing − Superv Rls set for 11/12/2024 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, (fv5) (Entered: 11/05/2024) |
| 11/06/2024 | | NOTICE OF ATTORNEY APPEARANCE Ricardo Xavier Guerra, Federal Public Defender, in case as to Claudia Angelica Melendez−Rodriguez, filed. (Guerra, Ricardo) (Entered: 11/06/2024) |
| 11/12/2024 | 52 | WAIVER of Preliminary Hearing by Claudia Angelica Melendez−Rodriguez, filed. (tat5) (Entered: 11/12/2024) |
| 12/30/2024 | 53 | Agreed MOTION to Substitute Attorney Jose Salvador Tellez by Claudia Angelica Melendez−Rodriguez, filed. (Attachments: # 1 Proposed Order) (Tellez, Jose) (Entered: 12/30/2024) |
| 12/30/2024 | 54 | NOTICE OF ATTORNEY APPEARANCE: Jose Salvador Tellez appearing for Claudia Angelica Melendez−Rodriguez , filed. (Tellez, Jose) (Entered: 12/30/2024) |
| 12/31/2024 | 55 | ORDER granting 53 Motion to Substitute Attorney Jose Salvador Tellez for Claudia Angelica Melendez−Rodriguez replacing Federal Public Defender − Laredo and Ricardo Xavier Guerra as to Claudia Angelica Melendez−Rodriguez (1).(Signed by Judge Marina Garcia Marmolejo.) Parties notified. (akp5) (Entered: 12/31/2024) |
| 01/07/2025 | 56 | MOTION for Bond by Claudia Angelica Melendez−Rodriguez, filed. (Attachments: # 1 Proposed Order) (Tellez, Jose) (Entered: 01/07/2025) |
| 01/07/2025 | 57 | Notice of Substitution by USA as to defendant Claudia Angelica Melendez−Rodriguez. Attorney Andrew Hakala−Finch added. Attorney Jose Angel Moreno terminated, filed. (Hakala−Finch, Andrew) (Entered: 01/07/2025) |
| 01/09/2025 | 58 | US PROBATION MEMORANDUM as to Claudia Angelica Melendez−Rodriguez. Court does concur with probation recommendation. ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (bm5) (Entered: 01/09/2025) |
| 01/09/2025 | 59 | ORDER denying 56 Motion for Bond as to Claudia Angelica Melendez−Rodriguez (1).(Signed by Judge Marina Garcia Marmolejo.) Parties notified. (bm5) (Entered: 01/09/2025) |
| 03/25/2025 | 61 | NOTICE of Setting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Applicable defendant(s) required to be present at the hearing. Final Hearing − Superv Rls Violation set for 4/1/2025 at 03:00 PM in Courtroom 3C before Magistrate Judge Christopher dos Santos, filed. (mlr5) (Entered: 03/25/2025) |
| 03/25/2025 | 62 | NOTICE of Resetting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Applicable defendant(s) required to be present at the hearing. Final Hearing − Superv Rls Violation set for 4/8/2025 at 02:30 PM before Judge Marina Garcia Marmolejo, filed. (mlr5) (Entered: 03/25/2025) |
| 03/25/2025 | 63 | NOTICE of Resetting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Applicable defendant(s) required to be present at the hearing. Final Hearing − Superv Rls Violation set for 4/8/2025 at 02:30 PM in Courtroom 3C before Magistrate Judge Christopher dos Santos, filed. (mlr5) (Entered: 03/25/2025) |
| 03/26/2025 | 64 | NOTICE of Resetting as to Claudia Angelica Melendez−Rodriguez. Parties notified. Applicable defendant(s) required to be present at the hearing. Final Hearing − Superv Rls Violation set for 4/17/2025 at 02:50 PM in Courtroom 3C before Magistrate Judge Christopher dos Santos, filed. (mlr5) (Entered: 03/26/2025) |
| 04/17/2025 | | Minute Entry for proceedings held before Magistrate Judge Christopher dos Santos: Final Hearing re: SRT Violation as to Claudia Angelica Melendez−Rodriguez (1) held on 4/17/2025. Defendant sworn in. Violations 1 and 2 read to defendant. Defendant understands the violations and enters a plea of NO CONTEST to violations 1 and 2. The Court finds by preponderance of the evidence that the defendant violated the terms of supervised release as to violations 1 and 2. Considering the 3553 factors, the Court will report and recommend to the District Judge that the defendant's term of supervised |

| | | |
|---|---|---|
| | | release be revoked and for the defendant to be sentenced to TIME SERVED term of imprisonment, concurrent as to all violations with credit for time served in Federal custody, with TSR to follow until the original expiration date of October 31, 2026, to include the following special conditions, must participate in a mental health evaluation and must participate in a mental health treatment program for up to three (3) counseling sessions per month. Defendant has been in custody for a total of 165 days. After consulting with counsel, defendant signed the consent and agreed with the recommendation, waived the 14 days to file any objections, and waives the right to be present and speak at sentencing. Defendant was advised of the right to appeal from the judgment. Defendant understood. [Time in Court: 2:47 PM 3:06 PM / Confirmation of Consent/Waiver Form : 3:16 PM] Appearances:AUSA: Tae Chon f/ Government; USPO: Julio Camarillo f/ Probation; Atty: Jose Salvador Tellez f/ Defendant.(ERO: Elliot Gallegos) (Interpreter: Eduardo Canudas / Raul Gonzalez (Utilized)) Deft remanded to Custody, filed. (mlr5) (Entered: 04/17/2025) |
| 04/17/2025 | 65 | Consent to Revocation of Supervised Release and Waiver of Right to be Present to be Present and Speak at Sentencing by Claudia Angelica Melendez−Rodriguez, filed. (egg5) (Entered: 04/17/2025) |
| 04/18/2025 | 66 | REPORT AND RECOMMENDATIONS as to Claudia Angelica Melendez−Rodriguez ( Signed by Magistrate Judge Christopher dos Santos) Parties notified. (mep5) (Entered: 04/18/2025) |
| 04/21/2025 | 67 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Claudia Angelica Melendez−Rodriguez re: 66 Report and Recommendations ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (mtl5) (Entered: 04/21/2025) |
| 04/23/2025 | 68 | JUDGMENT FOR REVOCATION as to Claudia Angelica Melendez−Rodriguez (1) ( Signed by Judge Marina Garcia Marmolejo) Parties notified. (akp5) (Entered: 04/23/2025) |
| 12/30/2025 | 69 | Supervised Release Jurisdiction Transferred to District of Minnesota− St Paul Division as to Claudia Angelica Melendez−Rodriguez., filed. (akp5) (Entered: 12/30/2025) |
| 12/30/2025 | 70 | **DUPLICATE ENTRY PLEASE DISREGARD ** Supervised Release Jurisdiction Transferred to District of Minnesota− St Paul Division as to Claudia Angelica Melendez−Rodriguez., filed. (akp5) Modified on 12/30/2025 (akp5). (Entered: 12/30/2025) |
| 12/30/2025 | 71 | Letter re Transfer of Jurisdiction to the District of Minnesota− St Paul Division Division as to Claudia Angelica Melendez−Rodriguez, filed. (akp5) (Entered: 12/30/2025) |
| 12/31/2025 | 72 | RECEIPT of Transmittal Letter from U.S. District Court of Minnesota− St Paul Division filed under case 0:25CR00451−1 received on 12/29/2025 as to Claudia Angelica Melendez−Rodriguez, filed. (akp5) (Entered: 12/31/2025) |